1 | EDMUND G. BROWN JR., Attorney General
of the State of California
2 | DANE R. GILLETTE, Chief Assistant
Attorney General
3 | MICHAEL P. FARRELL, Senior Assistant
Attorney General
4 | LOUIS M. VASQUEZ, Supervising
Deputy Attorney General
5 | CONNIE BROUSSARD PROCTOR, State Bar No. 228237
Deputy Attorney General
6 | Counsel for Service
2550 Mariposa Mall, Room 5090
7 | Fresno, California  93721
Telephone: (559) 477-1676
8
Attorneys for Respondent

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JAN REED, | ) | NO. 06 CV 01757 OWW WMW HC |
|---|---|---|
| | ) | |
| Petitioner, | ) | ORDER GRANTING APPLICATION |
| | ) | FOR FIRST ENLARGEMENT OF |
| vs. | ) | TIME WITHIN WHICH TO FILE |
| | ) | ANSWER TO PETITION FOR WRIT |
| LYDIA HENSE, | ) | OF HABEAS CORPUS |
| | ) | |
| Respondent. | ) | |

The application for first enlargement of time within which to file an Answer to the petition for writ of habeas corpus is granted enlarging by sixty (60) additional days the time for Respondent to file a responsive pleading and allowing Respondent to and including September 21, 2007, to file such pleading.

IT IS SO ORDERED.

Dated:   **July 20, 2007**
                 **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE