IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN REED, | 1:06-cv-01757-OWW-WMW (HC) |
|     Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE ANSWER |
| vs. | |
| LYDIA HENSE, | (DOCUMENT #13) |
|     Respondent. | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On September 10, 2007, respondent filed a motion to extend time to file an answer to the petition for writ of habeas corpus. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted thirty days from the date of service of this order in which to file an answer.

IT IS SO ORDERED.

**Dated:   September 26, 2007**        /s/  William M. Wunderlich
                                       UNITED STATES MAGISTRATE JUDGE