EDMUND G. BROWN JR., Attorney General
 of the State of California
DANE R. GILLETTE, Chief Assistant
 Attorney General
MICHAEL P. FARRELL, Senior Assistant
 Attorney General
LOUIS M. VASQUEZ, Supervising
 Deputy Attorney General
LLOYD G. CARTER, State Bar No. 173081
 Deputy Attorney General
Counsel for Service
2550 Mariposa Mall, Room 5090
Fresno, California  93721
Telephone:  (559) 477-1626

Attorneys for Respondent

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JAN REED, | ) | NO. 1:06-CV-01757 OWW WMW HC |
|---|---|---|
| Petitioner, | ) | APPLICATION AND DECLARATION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE OPPOSITION TO PETITIONER'S MOTION FOR EVIDENTIARY HEARING |
| vs. | ) | |
| LYDIA HENSE, | ) | |
| Respondent. | ) | |

IT IS HEREBY ORDERED that the application for first enlargement of time within which to file an Opposition to petitioner's motion for evidentiary hearing be granted enlarging by 21 additional days the time for Respondent to file a responsive pleading and allowing Respondent to and including February 8, 2008, to file such pleading.

IT IS SO ORDERED.

Dated:   **January 23, 2008**          /s/  William M. Wunderlich
                                     UNITED STATES MAGISTRATE JUDGE