UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN REED, | 1: 06 CV 01757 OWW WMW HC |
|       Petitioner, | ORDER DENYING AS MOOT MOTION FOR ORDER REQUIRING ANSWER |
|   v. | [Doc. 6] |
| LYDIA HENSE, | |
|       Respondent. | |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. On April 4, 2007, Petitioner filed a motion requesting an order requiring an answer. The court issued an order requiring Respondent to file a response in this case on April 24, 2007. Accordingly, Petitioner's motion is HEREBY DENIED as moot.

IT IS SO ORDERED.

**Dated:   February 14, 2008**         /s/  William M. Wunderlich
                                                     UNITED STATES MAGISTRATE JUDGE