# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN REED, <br><br>        Petitioner, <br><br>    v. <br><br>LYDIA HENSE, <br><br>        Respondent. | 1:06-CV-01757 OWW JMD HC <br><br> ORDER GRANTING RESPONDENT'S MOTION FOR ADDITIONAL WITNESS |

Petitioner is state prisoner proceeding with a petition for writ habeas corpus under 28 U.S.C. § 2254.

On February 9, 2009, the Court ordered an evidentiary hearing for April 30, 2009 at 8:45 a.m. The Court further ordered that the parties file a joint statement by April 13, 2009, regarding the length of time and number of witnesses expected at the evidentiary hearing.

On April 7, 2009, the parties stipulated that five witnesses would be presented at the hearing. The parties further stated that a total of 1.5 days would be required for the hearing. The Court notes that if necessary, the evidentiary hearing will extend to May 1, 2009 at 8:45 a.m. in Courtroom 8.

On April 13, 2009, Respondent filed a request for an additional witness, Judy Reed, at the evidentiary hearing. Petitioner has indicated that they have no opposition to this request. Accordingly, the Court GRANTS Respondent's motion for an additional witness.

IT IS SO ORDERED.

**Dated:   April 14, 2009**                        **/s/ John M. Dixon**
                                                                UNITED STATES MAGISTRATE JUDGE