IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAN REED, | ) | 1:06-cv-01757 OWW JMD |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER REGARDING PETITIONER** |
| vs. | ) | |
| | ) | |
| LYDIA HENSE, | ) | |
| | ) | |
| Respondent. | ) | |

IT IS HEREBY ORDERED THAT the Petitioner, Jan Reed, CDC # V-11988, may be returned to his facility. The evidentiary hearing in the above matter has been continued until September 10 and 11, 2009, and Petitioner's presence is not currently required.

IT IS SO ORDERED.

**Dated:   May 4, 2009**           /s/ John M. Dixon
                                  UNITED STATES MAGISTRATE JUDGE