UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN REED,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>LYDIA HENSE,<br><br>　　　　　　　Respondent. | 1:06-CV-01757 OWW JMD HC<br><br>ORDER DIRECTING PARTIES TO SUBMIT WITNESS AND EXHIBIT LIST<br><br>ORDER SETTING DEADLINE FOR MOTIONS IN LIMINE |

Petitioner Jan Reed ("Petitioner") is a State prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 9, 2009, the Court ordered an evidentiary hearing to be held on April 30, 2009 regarding Petitioner's ineffective assistance of counsel claim.

On April 30, 2009, the hearing was continued to allow for more discovery and scheduled for September 10 and 11, 2009.  During the proceeding on April 30, 2009, the Court ordered discovery to be exchanged two weeks prior to the hearing.

The Court further orders that:

1. Both parties shall submit a witness list and an exhibit list to the Court and the other party by September 4, 2009; and

2. Any motions in limine shall be filed by September 8, 2009.

IT IS SO ORDERED.

Dated:    August 27, 2009                    /s/ John M. Dixon
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE