UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAN REED, | ) | 1:06-CV-01757 OWW JMD HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER AUTHORIZING ISSUANCE OF |
| v. | ) | SUBPOENAS AND PAYMENT OF |
| | ) | WITNESSES [Doc. 44] |
| LYDIA HENSE, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is State prisoner proceeding with a petition for writ of habeas corpus under 28 U.S.C. § 2254.

The Court has scheduled an evidentiary hearing to be conducted on September 10 and 11, 2009 at 8:45 a.m.

On August 28, 2009, Petitioner filed a request for the Court, pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure, to authorize subpoenas and the payment of statutory witness fees and mileage by the United States Marshall Service for five witnesses: Hendrika Anderson, Kathleen Kennedy, Jerry Reed, Kenneth Ballard, and George Ruiz. Petitioner states that service of the subpoenas is not required by the United States Marshal's Office. Petitioner contends the five witnesses are necessary for the evidentiary hearing scheduled for September 10 and 11.

\\\

The Court notes that the payment of witness fees and mileage is governed by 28 U.S.C. § 1825(b), which provides that:

> In proceedings *in forma pauperis* for a writ of habeas corpus, and in proceedings in forma pauperis under section 2255 of this title, the United States marshal for the district shall pay, on the certificate of the district judge, all fees of witnesses for the party authorized to proceed in forma pauperis, except that any fees of witnesses for such party, other than experts, appearing pursuant to subpoenas issued upon approval of the court, shall be paid by the United States marshal for the district--
> (1) on the certificate of a Federal public defender or assistant Federal public defender, in any such proceedings in which a party is represented by such Federal public defender or assistant Federal public defender, and
> (2) on the certificate of the clerk of the court upon the affidavit of such witnesses' attendance given by other counsel appointed pursuant to section 3006A of title 18, in any such proceedings in which a party is represented by such other counsel.

Accordingly, it is hereby ordered that Petitioner is deemed to be proceeding *in forma pauperis* for the purposes of the evidentiary hearings. The Court authorizes the issuance of subpoenas for the above named witnesses. Pursuant to 28 U.S.C. § 1821, the Court authorizes the payment of the statutory witness fees and mileage by the United States Marshal's Office for the above named five witnesses as follows:

1. Hendrika Anderson: Statutory witness fee of $40.00 per day plus mileage fee of $43.22, consisting of 78.58 miles round trip from the witness' residence to the Court at .55 cents per mile, for a total cost of $83.22;

2. Kathleen Kennedy: Statutory witness fee of $40.00 per day plus mileage fee of $38.96, consisting of 70.84 miles round trip from the witness' residence to the Court at .55 cents per mile, for a total cost of $78.96;

3. Jerry Reed: Statutory witness fee of $40.00 per day plus mileage fee of $54.56, consisting of 99.2 miles round trip from the witness' residence to the Court at .55 cents per mile, for a total cost of $94.56;

4. Kenneth Ballard: Statutory witness fee of $40.00 per day plus mileage fee of $62.08, consisting of 112.87 miles round trip from the witness' residence to the Court at .55 cents per mile, for a total cost of $102.08; and

5. George Ruiz: Statutory witness fee of $40.00 per day plus mileage fee of $59.15,

1 consisting of 107.54 miles round trip from the witness' residence to the Court at .55
2 cents per mile, for a total cost of $99.15.
3 IT IS SO ORDERED.
4 **Dated:    September 2, 2009**            **/s/ John M. Dixon**
                                              UNITED STATES MAGISTRATE JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28