**FILED**

SEP 10 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN REED, | 1:06-CV-01757 OWW JMD HC |
| Petitioner, | NOTICE AND ORDER THAT PETITIONER IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM [Doc. 48] IS DISCHARGED |
| v. | |
| LYDIA HENSE, | |
| Respondent. | |

An evidentiary hearing in this matter commenced on September 10, 2009. This matter has now concluded and is under submission.

Accordingly, Petitioner Jan Reed, C.D.C.R. Inmate No. V-11988, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

**Date: September 10, 2009**   _____
UNITED STATES MAGISTRATE JUDGE-

1