UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAN REED, | ) | 1:06-CV-01757 OWW JMD HC |
| | ) | |
| Petitioner, | ) | ORDER PERMITTING PETITION TO |
| | ) | PROCEED IN FORMA PAUPERIS AND |
| v. | ) | GRANTING PETITIONER'S FOR |
| | ) | TRANSCRIPT FEES TO BE PAID BY US |
| LYDIA HENSE, | ) | MARSHALL [Doc. 52] |
| | ) | |
| Respondent. | ) | |

Petitioner is a State prisoner proceeding with a petition for writ of habeas corpus under 28 U.S.C. § 2254. The Court conducted an evidentiary hearing in the instant action on September 10, 2009.

On September 24, 2009, Petitioner filed a request for the Court to declare Petitioner indigent and order that the U.S. Marshall's Office pay the fees for the evidentiary hearing transcript. Examination of the documents provided evidences that Petitioner is indigent.

The Court thus permits Petitioner to proceed *in formal pauperis*. Accordingly, fees for the transcript shall be paid by the U.S. Marshall. *See* 28 U.S.C. § 753(f).

IT IS SO ORDERED.

**Dated:   October 2, 2009**          /s/ John M. Dixon
                         UNITED STATES MAGISTRATE JUDGE