1

2

3

4

5

UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT OF CALIFORNIA

7

8

9

10

11

12

13

14

JAN REED,                                    )    1:06-CV-01757 OWW JMD HC
                                             )
            Petitioner,                       )    ORDER CORRECTING ERROR IN FILING
                                             )    OF PETITIONER'S MOTION TO FILE
    v.                                        )    OVERSIZE BRIEF
                                             )    [Doc. #63]
LYDIA HENSE,                                  )
                                             )    ORDER DIRECTING CLERK OF COURT
            Respondent.                       )    TO SERVE ORDER AND COPY OF
                                             )    PETITIONER'S APPLICATION FOR
_____)         CERTIFICATE OF APPEALABILITY TO
                                                  THE NINTH CIRCUIT COURT OF
                                                  APPEALS
                                                  [DOC # 63]

15

16          Petitioner Jan Reed ("Petitioner") is a state prisoner proceeding pro se with a petition for writ

17    of habeas corpus pursuant to 28 U.S.C. § 2254.

18          On February 15, 2011, this Court adopted the Magistrate Judge's Findings and

19    Recommendation issued October 13, 2010, (Doc. 58), denied the Petition with prejudice, and

20    directed the Clerk of the Court to enter judgment.  See Doc. 60.

21          On March 21, 2011, Petitioner filed a Notice of Appeal to the Ninth Circuit Court of Appeal

22    regarding the February 15, 2011 Order and Judgement.  Concurrent with his Notice of Appeal,

23    Petitioner provided this Court a copy of his Motion for Certificate of Appealability brought before

24    the Ninth Circuit Court of Appeal which was erroneously filed with this Court.  See Doc. 63.

25          Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is DIRECTED to

26    SERVE a copy of Petitioner's Motion for Certificate of Appealability (Doc. 63) to the Ninth Circuit

27    Court of Appeal.

28

1   IT IS SO ORDERED.

2   **Dated:      March 31, 2011**                         /s/ Oliver W. Wanger
                                             UNITED STATES DISTRICT JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28