UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAN REED, | ) | 1:06-CV-01757 OWW JMD HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING MOTION TO |
| | ) | PROCEED IN FORMA PAUPERIS ON |
| v. | ) | APPEAL and DIRECTING CLERK TO |
| | ) | SERVE THE COURT OF APPEALS |
| LYDIA HENSE, | ) | (Doc. 68) |
| | ) | |
| Respondent. | ) | |

Petitioner Jan Reed ("Petitioner") is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 15, 2011, judgment was entered denying the petition for writ of habeas corpus. On March 21, 2011, Petitioner filed a notice of appeal. On April 15, 2011, Petitioner filed the instant motion to proceed in forma pauperis. See Doc. 68.

An examination of Petitioner's application to proceed in forma pauperis reveals that Petitioner is unable to afford the costs of an appeal. Accordingly, the Court finds Petitioner's application to proceed in forma pauper is appropriate. See 28 U.S.C. § 1915.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's Application to Proceed In Forma Pauperis is GRANTED and the Clerk is directed to serve a copy of this order on the Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated:    April 19, 2011            /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE